## Commonwealth ex rel. Norris, Appellant, *v.* Maroney.

Submitted April 14, 1964. *Roy Norris,* appellant, in propria persona; *William Clancy Smith,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Pearce, Appellant, *v.* Maroney.

Submitted April 14, 1964. *John Clinton Pearce,* appellant, in propria persona; *Ferdinand F. Bionaz,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Perkins, Appellant, *v.* Maroney.

Submitted April 13, 1964. *Virgil Perkins,* appellant, in propria persona; *W. Bertram Waychoff,* District Attorney, for appellee.

Order affirmed.